# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Keith Dewayne Martin,                \* From the 35th District
Court of Brown County,
Trial Court No. CR21869.

Vs. No. 11-13-00273-CR            \* October 31, 2013

The State of Texas,                  \* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.